UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KNO, INC.,<br><br>　　　　Defendant. | Case No. 13-cv-05648-JD |
| INNOVATIVE AUTOMATION LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KALEIDESCAPE, INC.,<br><br>　　　　Defendant. | Case No. 13-cv-05651-JD<br><br>**CONSOLIDATION AND SCHEDULING ORDER** |

　　　　Pursuant to FRCP 42(a) and the agreement of the parties, the Court orders the above two cases consolidated for all pretrial proceedings. The earlier-filed civil action, Case No. 13-5648, shall serve as the lead case for consolidation purposes. The later-filed civil action, Case No. 13-5651, will remain active for trial. All motions shall be filed in the lead case unless the Court orders otherwise.

　　　　The Court sets the following case management deadlines for the consolidated action pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Trials.

| Event | Deadline |
|---|---|
| Add parties or amend pleadings | 9/24/14 |
| Discovery cut-off | 10/31/14 |
| Expert disclosures | 10/31/14 |
| Last day to file combined summary judgment and opening claim construction briefs | 11/5/14 |
| Responsive summary judgment/claim construction briefing | 11/26/14 |
| Technology tutorial | 12/11/14 at 2:00 p.m. |
| Claim construction and summary judgment motion hearing | 12/18/14 at 9:00 a.m. |
| Jury Trial | 5/4/15 at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to obey a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: July 29, 2014

_____
JAMES DONATO
United States District Judge