| | |
|---|---|
| ADAM J. GUTRIDE (S.B.N. 181446)<br>adam@gutridesafier.com<br>SETH A. SAFIER (S.B.N. 197427)<br>seth@gutridesafier.com<br>TODD KENNEDY (S.B.N. 250267)<br>todd@gutridesafier.com<br>MARIE A. MCCRARY (S.B.N. 262670)<br>marie@gutridesafier.com<br>GUTRIDE SAFIER LLP<br>835 Douglas St.<br>San Francisco, CA 94114<br>Telephone: (415) 789-6390<br>Facsimile: (415) 449-6469<br><br>*Attorneys for Plaintiff Innovative Automation LLC* | Adam R. Alper (S.B.N. 196834)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>aalper@kirkland.com<br><br>Timothy G. Majors (S.B.N. 228275)<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br>tim.majors@kirkland.com<br><br>*Attorneys for Defendant Kno, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>KNO, INC.,<br><br>        Defendant. | Case No. 13-cv-05648-JD<br><br>Related Case Nos.<br>    13-cv-05650-JD<br>    13-cv-05651-JD<br>    14-cv-00165-JD<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Innovative Automation LLC ("Innovative Automation") and Defendant Kno, Inc. ("Kno") (collectively, the "Parties") file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) because the Parties have resolved all claims and counterclaims between them in this litigation, and jointly stipulate to the dismissal of same, and that Innovative Automation's claims brought in this litigation against Kno are hereby dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs.

A proposed Order is attached.

| | | |
|---|---|---|
| 1 | DATED: August 19, 2014 | Respectfully submitted, |
| 2 | |   /s/ Todd Kennedy |
| | | ADAM J. GUTRIDE (S.B.N. 181446) |
| 3 | | adam@gutridesafier.com |
| | | SETH A. SAFIER (S.B.N. 197427) |
| 4 | | seth@gutridesafier.com |
| | | TODD KENNEDY (S.B.N. 250267) |
| 5 | | todd@gutridesafier.com |
| | | MARIE A. MCCRARY (S.B.N. 262670) |
| 6 | | marie@gutridesafier.com |
| | | GUTRIDE SAFIER LLP |
| 7 | | 835 Douglas St. |
| | | San Francisco, CA 94114 |
| 8 | | Telephone: (415) 789-6390 |
| | | Facsimile: (415) 449-6469 |

*Attorneys for Plaintiff Innovative Automation LLC*

  /s/ Timothy Majors
Adam R. Alper (S.B.N. 196834)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
aalper@kirkland.com

Timothy G. Majors (S.B.N. 228275)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
tim.majors@kirkland.com

*Attorneys for Defendant Kno, Inc.*

STIPULATION OF DISMISSAL      -2-      CASE NO. 13-cv-05648-JD

| | |
|---|---|
| ADAM J. GUTRIDE (S.B.N. 181446)<br>adam@gutridesafier.com<br>SETH A. SAFIER (S.B.N. 197427)<br>seth@gutridesafier.com<br>TODD KENNEDY (S.B.N. 250267)<br>todd@gutridesafier.com<br>MARIE A. MCCRARY (S.B.N. 262670)<br>marie@gutridesafier.com<br>GUTRIDE SAFIER LLP<br>835 Douglas St.<br>San Francisco, CA 94114<br>Telephone: (415) 789-6390<br>Facsimile: (415) 449-6469<br><br>*Attorneys for Plaintiff Innovative Automation LLC* | Adam R. Alper (S.B.N. 196834)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>aalper@kirkland.com<br><br>Timothy G. Majors (S.B.N. 228275)<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br>tim.majors@kirkland.com<br><br>*Attorneys for Defendant Kno, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>KNO, INC.,<br><br>      Defendant. | Case No. 13-cv-05648-JD<br><br>Related Case Nos.<br>    13-cv-05650-JD<br>    13-cv-05651-JD<br>    14-cv-00165-JD<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

Plaintiff Innovative Automation LLC ("Innovative Automation") and Defendant Kno, Inc. ("Kno") (collectively, the "Parties") have announced to the Court that they have resolved all claims and counterclaims between them in this litigation, and jointly stipulate to the dismissal of same. Therefore, it is ORDERED that all of Innovative Automation's claims brought in this litigation against Kno are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

1  IT IS SO ORDERED

2  Signed this <u>21st</u> day of <u>August</u>, 2014.

4  _____
5  HONORABLE JAMES DONATO
   UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO L.R. 5-1(i)(3)**

Pursuant to L.R. 5-1(i)(3), I attest that the above signatory for Defendant has concurred and consented to the filing of this document.

DATED: August 19, 2014                Respectfully submitted,

                                          /s/  Todd Kennedy
                                          TODD KENNEDY
                                          todd@gutridesafier.com
                                          GUTRIDE SAFIER LLP
                                          835 Douglas St.
                                          San Francisco, CA  94114
                                          Telephone:  (415) 789-6390
                                          Facsimile:  (415) 449-6469

*Attorneys for Plaintiff Innovative Automation LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 20, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the Court's ECF system, which will send electronic notification of such filing to all registered participants.

DATED: August 20, 2014                Respectfully submitted,

                                          /s/  Todd Kennedy
                                          TODD KENNEDY
                                          todd@gutridesafier.com
                                          GUTRIDE SAFIER LLP
                                          835 Douglas St.
                                          San Francisco, CA  94114
                                          Telephone:  (415) 789-6390
                                          Facsimile:  (415) 449-6469

*Attorneys for Plaintiff Innovative Automation LLC*